UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN H. PIKE, and IMMACOLATA PIKE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WELLS FARGO BANK, N.A., and FUNC )<br>HOLDINGS, INC., )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 7:20-CV-00219-M** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on June 15, 2021, Defendants' Motion to Dismiss [DE-13] is GRANTED IN PART AND DENIED IN PART. Two causes of action in the Complaint, as alleged, fail to state a claim upon which relief may be granted (count one and count three). This leaves one claim intact, count two: negligent misrepresentation.

IT IS FURTHER ORDERED, AND DECREED that the court holds that the Pikes' negligent misrepresentation claim can also be decided as a matter of law. The Pikes must adequately allege justified reliance to state a claim. They have not done so. Thus, the court GRANTS Wells Fargo's motion for judgment on the pleadings [DE 41] and DISMISSES WITHOUT PREJUDICE the Pikes' negligent misrepresentation claim.

**This Judgment Filed and Entered on April 21, 2022, and Copies To:**

| | |
|---|---|
| John H. Pike | (via CM/ECF electronic notification) |
| Baxter Chad Ewing | (via CM/ECF electronic notification) |

DATE:  
April 21, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
      Deputy Clerk